*12th monday*

AO 468 (Rev. 01/09) Waiver of a Preliminary Hearing

## UNITED STATES DISTRICT COURT
for the
Western District of Kentucky

'11 DEC -5 P 4:52

FILED
US DISTRICT COURT CLERK
W'STN DIST. KENTUCKY

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 5:11MJ-366-K |
| AERON JONEL ROGERS | ) | |
| Defendant | ) | |

### WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5 or Fed. R. Crim. P. 32.1.

Date: 12/5/11

*Aeron Rogers*
Defendant's signature

*[signature]*
Signature of defendant's attorney

Laura R. Wyrosdick
Printed name and bar number of defendant's attorney

629 4th St., Louisville KY
Address of defendant's attorney

E-mail address of defendant's attorney

Telephone number of defendant's attorney

FAX number of defendant's attorney