# United States District Court
# Western District of Kentucky
# at Paducah

**UNITED STATES OF AMERICA**                                              **PLAINTIFF**

**VS.**                                                                   **CASE NUMBER: 5:11MJ-366-K**

**AERON JONEL ROGERS**                                                    **DEFENDANT**

## ORDER ON INITIAL APPEARANCE

The above-styled case came before the Honorable Lanny King, United States Magistrate Judge and was called in open Court on December 5, 2011 for an initial appearance on a Complaint in Paducah, Kentucky.

APPEARANCES

| | |
|---|---|
| For the United States: | G. David Sparks, Special Assistant United States Attorney |
| For the defendant: | Defendant was present in custody |
| Court Reporter: | Digitally Recorded Proceedings |

At the initial appearance, the defendant acknowledged was furnished with a copy of the Information.  The Court advised the defendant of her rights pursuant to Rule 5 of the Federal Rules of Criminal Procedure and the defendant acknowledged that he understood those rights.  The defendant acknowledged receipt of a copy of the Complaint and a formal reading thereof.  The defendant was advised of the nature of the offense with which he is charged and the maximum penalties provided by law.  The defendant requested court appointed counsel, and he was without sufficient financial resources with which to retain counsel.  Upon questioning the defendant under oath and after considering the defendant's Financial Affidavit, the Court determined that the defendant qualified for court appointed counsel pursuant to 18 U.S.C. 3006A.  Laura Wyrosdick, Federal Public Defender, was appointed to represent the defendant for all further proceedings in this case.  Counsel, for the defendant, was not present during this hearing, but arrived later and spoke to the defendant about his case.  After the defendant spoke to his attorney, he signed a Waiver of Preliminary Hearing and it will be filed with the Court.  The defendant also requested that his detention hearing be held at a later date scheduled on December 12, 2011, and he signed a Waiver of Detention Hearing and will be filed with the Court.

Upon the Court's own motion to detain,

**IT IS HEREBY ORDERED** by the Court that the defendant be scheduled for a **Detention Hearing** on **December 12, 2011 at 11:00 a.m.** at Paducah, Kentucky.  The defendant is **REMANDED** to the custody of the United States Marshal's Service pending further proceeding in this case.